```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **JORDAN WHITE, #225817,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 22-00292-JB-B |
| **DR. PERDUE,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated June 23, 2023 (Doc. 16), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute and obey the Court's order.

**DONE and ORDERED** this 20th day of July, 2023.

<pre>
                              /s/ JEFFREY U. BEAVERSTOCK
                              CHIEF UNITED STATES DISTRICT JUDGE
</pre>